1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   PEDRO HONESTO,                        1:17-cv-001607 SKO (HC)

12              Petitioner,

13        v.                               ORDER TRANSFERRING CASE TO THE
                                           UNITED STATES DISTRICT COURT FOR
14   C. CALLAHAN,                          THE NORTHERN DISTRICT OF
                                           CALIFORNIA
15              Respondent.

16

17        Petitioner, Pedro Honesto, a state prisoner proceeding pro se, filed a habeas corpus action

18   pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28

19   U.S.C. § 1915 on December 4, 2017.   Petitioner is challenging the violation of his Eighth

20   Amendment rights and "California's post-conviction discretionary parole relief procedure."

21   Petitioner pled guilty to second degree murder in Santa Clara County Superior Court in 1987.

22   Santa Clara, California, is within the venue of the U.S. District Court for the Northern District of

23   California.

24        Venue for a habeas action is proper in either the district of confinement or the district of

25   conviction.   38 U.S.C. § 2241 (d).   In a state with multiple federal districts, the District Court of

26   the district in which a petitioner is confined may, in its discretion, transfer a petition concerning

27

28
                                              1

conviction and sentencing to the district in which the petitioner was convicted and sentenced. Such transfer generally furthers judicial economy since the witnesses and documentation are present in the district of conviction and sentencing.

Accordingly, the Court hereby ORDERS that this case be TRANSFERRED to the United States District Court for the Northern District of California.

IT IS SO ORDERED.

Dated: __December 8, 2017__                    ___/s/ *Sheila K. Oberto*___

UNITED STATES MAGISTRATE JUDGE