# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

PEDRO HONESTO, D-55459,
    Petitioner,

v.

C. CALLAHAN, Warden,
    Respondent.

Case No. 17-cv-07125-SK (PR)

**ORDER OF TRANSFER**

    Petitioner, a state prisoner incarcerated at Chuckawalla Valley State Prison (CVSP) in Blythe, California, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254 in the United States District Court for the Eastern District of California, which the Eastern District transferred to this court because petitioner was convicted of second degree murder in Santa Clara County Superior Court, which lies within the venue of this court. See 28 U.S.C. § 84(a). But a close look at the petition makes clear that petitioner is not challenging his conviction or sentence, but rather the execution of his sentence, namely the revocation of 90 days of time credit and its impact on his release date from CVSP.

    A petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a state court of a state which contains two or more federal judicial districts may be filed in either the district of conviction or the district of confinement. See 28 U.S.C. § 2241(d). Each of such districts shall have concurrent jurisdiction to entertain the petition; however, the district court for the district where the petition is filed may transfer the petition to the other district in the furtherance of justice. See id. Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction or sentencing. See Habeas L.R. 2254-3(b)(1); Dannenberg v. Ingle, 831 F. Supp. 767, 768 (N.D. Cal. 1993). But if the petition challenges the manner in which a sentence is being executed, e.g., if it involves parole

or time credits claims, the district of confinement is the preferable forum. See Habeas L.R. 2254-3(b)(2); Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989).

Because CVSP is in Riverside County, which lies within the venue of the Central District of California, Eastern Division, 28 U.S.C. § 84(c)(1), the court ORDERS that pursuant to 28 U.S.C. § 1404(a) and Habeas Local Rule 2254-3(b), and in the interest of justice, the petition be TRANSFERRED to the United States District Court for the Central District of California, Eastern Division.

The clerk shall transfer this matter forthwith and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: January 3, 2018



SALLIE KIM
United States Magistrate Judge