JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| PEDRO JOSE HONESTO, <br> Petitioner, <br> v. <br> C. CALLAHAN, Warden, <br> Respondent. | No. ED CV 18-00039-MWF (DFM) <br><br> JUDGMENT |

Pursuant to the Court's Order Summarily Dismissing Petition,

IT IS ADJUDGED that the Petition is denied, and this action dismissed with prejudice.

Dated: May 10, 2018

_____
MICHAEL W. FITZGERALD
United States District Judge